IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

    Plaintiff,     No. CIV S-00-1760 FCD GGH P

  vs.

C.A. TERHUNE, et al.,

    Defendants.     <u>ORDER</u>

                                  /

        Plaintiff has filed his second request for an extension of time to file and serve a response to the defendants' March 23, 2005 motion for summary judgment. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's May 31, 2005 second request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve a response to the defendants' March 23, 2005 motion for summary judgment. No further extensions of time will be granted.

DATED: 6/7/05

                                                                         /s/ Gregory G. Hollows

                                                             GREGORY G. HOLLOWS
                                                             UNITED STATES MAGISTRATE JUDGE

GGH/bb:vill1760.36s