IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

      Plaintiff,                         No. CIV S- 00-1760 FCD GGH P

    vs.

C.A. TERHUNE, et al.,

      Defendants.                  <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Currently pending in this action is defendants' March 23, 2005 motion for summary judgment, to which plaintiff has allegedly been unable to file an opposition. In the court's order filed on April 26, 2005, the undersigned, stated:

> Although the pretrial conference and trial dates were vacated pending adjudication of defendants' March 23, 2003 motion for summary judgment, PVSP prison officials should not read the February 9, 2005 order so narrowly as to allow them to prevent plaintiff from access to his stored legal property so that he is unfairly hampered in his efforts to prepare an opposition to the defendants' motion. However, plaintiff must do more than simply complain that he is being prevented entirely from access to his stored legal property. He must submit evidence of having sought access to the said legal property that shows when, by whom, for what reason and for what duration he has been denied access.

        Plaintiff has now filed a motion for sanctions and a contempt order, setting forth

1

the names of certain PVSP employees depriving him of access to his legal property and the circumstances under which he claims that he is suffering retaliation from some prison officials and continues to be deprived of access to the relevant legal property.  The court's patience is being taxed by the apparently repeated failure of PVSP officials to comply with court orders with respect to plaintiff's ability to prosecute this action.  The court is considering vacating defendants' pending motion for summary judgment and simply allowing this matter to proceed to trial.  Defendants must file their response within 10 days of the filed date of this order.

       IT IS SO ORDERED.

DATED: 6/22/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
vill1760.rsp