IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**ELEAZAR VILLEGAS,**

                     Plaintiff,

    v.

**C.A. TERHUNE, et al.,**

                     Defendants.

NO. CIV S-00-1760 FCD GGH P

**ORDER**

      Good cause appearing therefor, Defendants' request for a 10 day extension of time to oppose Plaintiff's Motion for Sanctions is granted. The opposition is now due on July 15, 2005.

Dated: 7/18/05

/s/ Gregory G. Hollows
_____
Honorable GREGORY G. HOLLOWS
United States Magistrate Judge

vill1760.eot07

[Proposed] Order

1