1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ELEAZAR VILLEGAS,

11            Plaintiff,                    No. CIV S-00-1760 FCD GGH P

12        vs.

13   C.A. TERHUNE, et al.,

14            Defendants.               <u>ORDER</u>

15   _____/

16            On July 25, 2005, plaintiff filed a notice of change of address.  That document

17   was not served on defendants.  Plaintiff is advised that every document submitted to the court for

18   consideration must be served on defendants.  Fed. R. Civ. P. 5.  Documents not to be served

19   electronically are usually served by placing a copy in the U.S. mail.  If an attorney has filed a

20   document with the court on behalf of any defendant, then documents submitted by plaintiff must

21   be served on that attorney and not on the defendant.  Every document submitted conventionally

22   to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an

23   accurate copy of the document was mailed to defendants or their attorney and the address to

24   which it was mailed.  <u>See</u> Local Rule 5-135(b) and (c).

25            Accordingly, IT IS HEREBY ORDERED that within fifteen days from the date of

26   this order plaintiff shall serve a copy of plaintiff's July 25, 2005 notice of change of address on

1  counsel for defendants and shall file proper proof of said service.  Plaintiff is cautioned that

2  failure to comply with this order may result in the imposition of sanctions.  Plaintiff is further

3  cautioned that failure to serve any documents subsequently filed in this action properly, and

4  failure to include a proper certificate of service with such filing, may result in a recommendation

5  that this action be dismissed.

6  DATED:   8/11/05

7

8                                                          /s/ Gregory G. Hollows

9                                                          _____
                                                           GREGORY G. HOLLOWS
                                                           UNITED STATES MAGISTRATE JUDGE

10  GGH:bb
    vill1760.35a

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26