IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

        Plaintiff,                        No. CIV S-00-1760 FCD GGH P

    vs.

C.A. TERHUNE, et al.,

        Defendants.               ORDER

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' motion for summary judgment and a reply to the defendants' opposition to plaintiff's motion for sanctions. Plaintiff has had ample time to file and serve the briefings for which he seeks the latest extensions of time; however, the court will grant him one last extension.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 26, 2005 request for an extension of time is granted;

        2. Plaintiff shall file and serve, within 15 days of the filed date of this order, an opposition to defendants' March 23, 2005 motion for summary judgment; if he wishes to have a reply to defendants' opposition to his June 10, 2005 motion for sanctions considered, plaintiff must file and serve any such reply within the same 15-day period; and

\\\\\

\\\\\

1  3. THERE WILL BE NO FURTHER EXTENSION OF TIME.

2  DATED: 11/8/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
vill1760.eot