IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

       Plaintiff,                    No. CIV S-00-1760 FCD GGH P

   vs.

C.A. TERHUNE, et al.,

       Defendants.            ORDER

_____/

       By order filed on November 9, 2005, plaintiff was granted one last extension of time to file and serve an opposition to defendants' March 23, 2005 motion for summary judgment. On November 16, 2005, plaintiff filed the opposition but failed to show proof of service of the document upon defendants. The November 9, 2005 order explicitly stated that plaintiff was to "file and serve" the opposition. Moreover, this is not the first time that plaintiff has been advised that every document submitted to the court for consideration must be served on defendants. Fed. R. Civ. P. 5. See Order, filed on August 12, 2005. Documents not to be served electronically are usually served by placing a copy in the U.S. mail. If an attorney has filed a document with the court on behalf of any defendant, then documents submitted by plaintiff must be served on that attorney and not on the defendant. Every document submitted conventionally to the court (e.g., by a prisoner proceeding pro se) must include a certificate stating the date an

1

1 | accurate copy of the document was mailed to defendants or their attorney and the address to
2 | which it was mailed.  See Local Rule 5-135(b) and (c).  Plaintiff's failure to comply with orders
3 | is trying the court's patience and may result in sanctions.
4 |       Accordingly, IT IS HEREBY ORDERED that within ten (10) days from the date
5 | of this order plaintiff shall serve a copy of plaintiff's November 16, 2005 opposition to
6 | defendants' motion for summary judgement on counsel for defendants and shall file proper proof
7 | of said service.  Plaintiff is cautioned that failure to comply with this order may result in the
8 | imposition of sanctions, including deeming defendants' motion for summary judgment
9 | unopposed.
10 | DATED:   12/21/05

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH/009:bb
vill1760.35a(2)