IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ELEAZAR VILLEGAS,

    Plaintiff,                        No. CIV S-00-1760 FCD GGH P

    vs.

C. A. TERHUNE, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file his objections to the February 16, 2006 Findings and Recommendations. The court will partially grant plaintiff's request but cannot grant the 30-day extension of time plaintiff seeks due to the exigencies of the court's calendar. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 6, 2006 request for an extension of time is partially granted;

        2. Plaintiff is granted a fifteen-day extension of time, until March 23, 2006, in which to file and serve his objections to the February 16, 2006 Findings and Recommendations;

        3. There will be no further extension.

DATED: 3/14/06

                        /s/ Gregory G. Hollows

                        UNITED STATES MAGISTRATE JUDGE

GGH:009
vill1760.36